# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0141. HUBBARD LEE COTTON v. THE STATE.**

After the trial court denied Hubbard Lee Cotton's motion for an out-of-time appeal, Cotton requested a free copy of his file and transcript. The trial court denied the request on March 17, 2021, and Cotton filed an application for discretionary appeal from this ruling on November 10, 2021. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance with the statute. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Cotton's application was filed 238 days after the trial court's order and is thus untimely. Accordingly, we lack jurisdiction over this application for discretionary appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/07/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.